UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
AMRITA MADRAY,

                Plaintiff,

  - against -

LONG ISLAND UNIVERSITY and
JEFFREY KANE, as aider and abettor,

                Defendants.
--------------------------------------------------------X

**JUDGMENT**
CV-10-3841 (ADS)(WDW)

     A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on July 16, 2012, granting with prejudice Defendants' motion to dismiss counts one and two of Plaintiff's complaint asserting claims against Defendant Long Island University for denial of tenure, constructive discharge and retaliation in violation of Title VII, granting without prejudice Defendants' motion to dismiss counts three through six of the Plaintiff's Complaint alleging violations of the New York State Human Rights Law, and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Defendants' motion to dismiss counts one and two of Plaintiff's complaint asserting claims against Defendant Long Island University for denial of tenure, constructive discharge and retaliation in violation of Title VII is granted with prejudice; that Defendants' motion to dismiss counts three through six of the Plaintiff's Complaint alleging violations of the New York State Human Rights Law is granted without prejudice; and that this case is hereby closed.

Dated:  Central Islip, New York
        July 18, 2012

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                          By:   /s/ Catherine Vukovich
                                Deputy Clerk